Bobby Saadian, SBN 250377
ada@wilshirelawfirm.com
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA NORTH AMERICA, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-01143-BAS-JLB<br><br>NOTICE OF SETTLEMENT |

1    Plaintiff, Julissa Cota ("Plaintiff") hereby notifies the Court that the claims
2 of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's
3 individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)
4 will be filed upon execution of a formal settlement agreement. Plaintiff reserves the
5 right to reopen within thirty (30) days if a settlement is not finalized.

7 Dated: August 18, 2020                Respectfully Submitted,

9                                        */s/ Thiago M. Coelho*
                                         Thiago M. Coelho

11                                       **WILSHIRE LAW FIRM**
                                         *Attorneys for Plaintiff and*
12                                       *Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 18, 2020         */s/ Thiago M. Coelho*
                               Thiago M. Coelho